Charles H. Horn, (State Bar No. 063362)
Stuart E. Jones, (State Bar No. 104566)
Bradley D. Fell, (State Bar No. 212988)
WRIGHT, ROBINSON, OSTHIMER & TATUM
44 Montgomery Street, 18th Floor
San Francisco, California 94104-4705
Telephone: (415) 391-7111
Telefax: (415) 391-8766

Attorneys for Defendants
WEATHERBEETA and WEATHERBEETA USA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET SWEENY,<br><br>    Plaintiff,<br><br>v.<br><br>WEATHERBEETA; WEATHERBEETA USA and DOES 1-10,<br><br>    Defendants. | Case No. C 96 0798 JCS<br><br>STIPULATION AND ORDER FOR ENTRY OF A DISMISSAL WITH PREJUDICE OF PLAINTIFF'S COMPLAINT |

   IT IS HEREBY STIPULATED by the parties herein, by and through their respective counsel, that Plaintiff's Complaint shall be dismissed with prejudice.

Dated: May 6, 2006         LAW OFFICES OF CLIFF CAPDEVIELLE

                           _____
                           CLIFF CAPDEVIELLE

Dated: ~~May~~ June 7, 2006

WRIGHT, ROBINSON, OSTHIMER & TATUM

_[signature]_

CHARLES H. HORN
STUART E. JONES
Attorneys for Defendant WEATHERBEETA and WEATERBEETA USA

IT IS SO ORDEREED.

June 16, 2006
Dated: ~~May____, 2006~~



IT IS SO ORDERED
_[signature]_
Judge Samuel Conti

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA